Forrest Plant, Jr. – SBN 072266
Goldsberry, Freeman & Guzman, LLP
777 12th Street, Suite 250
Sacramento, CA  95814
(916) 448-0448; fax (916) 448-8628

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY/ATV MILENE MUSIC, SONY/ATV CROSS KEYS PUBLISHING, TIGHT LIST MUSIC, WB MUSIC CORP., TEN TEN TUNES, CHERRY LANE MUSIC PUBLISHING CO., INC., and DIMENSIONAL MUSIC OF 1091,<br><br>Plaintiffs,<br><br>vs.<br><br>DENVER R. HICE,<br><br>Defendant.<br>_____ | Case No. 2:08-CV-01620-FCD-GGH<br><br>**STIPULATION AND ORDER FOR SETTLEMENT AND DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiffs Sony/ATV Milene Music, Sony/ATV Cross Keys Publishing, Tight List Music, WB Music Corp., Ten Ten Tunes, Cherry Lane Music Publishing Co., Inc., And Dimensional Music of 1091 (hereinafter "Plaintiffs") and Denver R. Hice (hereinafter "Defendant") as follows:

1.      Defendant has agreed to pay to the American Society of Composers, Authors and Publishers (ASCAP), on behalf of Plaintiffs, and ASCAP has agreed to accept, the sum of Five Thousand Dollars ($5,000.00).  Defendant has delivered to ASCAP a check in the amount of

Two Thousand Eight Hundred Ninety Eight Dollars ($2,898.00) which check bears the hand written words "Cashing releases all claims by ASCAP."  Defendant acknowledges that negotiation of that check shall not constitute a modification or novation of this Stipulation, and Defendant shall pay to ASCAP the additional amount of Two Thousand One Hundred Two Dollars ($2,102.00) contemporaneously with the execution of this Stipulation of Settlement.

2.      The payment referred to above is in settlement of all claims and causes of action by members of ASCAP against Defendant for willful infringements of copyrights by unauthorized non-dramatic public performances of Plaintiffs' copyrighted musical works, whether known or unknown, including, without limitation, the specific claims and causes of action as alleged in the complaint on file herein, for all periods through the date this Stipulation is entered as an Order by the court.  Plaintiffs release Defendant and his agents and successors from all such claims and further waive the provisions of California Civil Code section 1542 which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

3.      Contemporaneously with the execution of this Stipulation, ASCAP shall provide to Defendant a current ASCAP General License Agreement for the Rocklin, California establishment known as Live Oak Tavern.  Defendant shall accept and execute said license agreement and comply with all terms and conditions of the license agreement.  License fees due under the license agreement for all periods through July 31, 2009 are included in the settlement amount referred to in Paragraph 1 above.

4.      The complaint on file herein shall be dismissed with prejudice, and all parties shall bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated:  August 19, 2008.                    **Defendant:**


 /s/  Denver R. Hice
DENVER R. HICE


**Plaintiffs:**

Sony/ATV Milene Music, Sony/ATV Cross Keys
Publishing, Tight List Music, WB Music Corp., Ten
Ten Tunes, Cherry Lane Music Publishing Co., Inc.,
And Dimensional Music of 1091


Dated:  August 19, 2008.             By:    /s/  Richard H. Reimer
                                              RICHARD H. REIMER
                                              Senior Vice President, Legal Services
                                              American Society of Composers, Authors
                                              and Publishers


**APPROVED AS TO FORM:**

Dated:  August 19, 2008.             Goldsberry, Freeman & Guzman, LLP


                                     By:    /s/  Forrest Plant, Jr.
                                              FORREST PLANT, JR.
                                              Attorneys for Plaintiffs


**IT IS SO ORDERED.**


Dated:  August 20, 2008

                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE